FILED
2017 Aug-17 PM 05:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN MARK HAYDEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case Number: 2:16-cv-01984-VEH-JHE |
| MIKE HALE, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On August 1, 2017, the magistrate judge entered a Report and Recommendation, (doc. 25), recommending that the petition for writ of habeas corpus be dismissed without prejudice, that Petitioner's motion to consolidate, (doc. 7) be denied as moot, and that Petitioner's motion for a preliminary injunction, (doc. 11), be denied. No objections have been filed, although Petitioner has filed a document entitled "Response to Magistrates R and R" in which he states "I have received enough relief from NDAL . . . I ask nothing more from NDAL."[1] (Doc. 27 at 2). The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED** without prejudice, and the motions are due to be denied as set out in the report and recommendation. A separate Order will be entered.

---

[1] Even if this document contained objections, they would have been untimely. Petitioner's objections were due by August 16, 2017; the "Response" was received by the Court on August 17, 2017. (*See* doc. 27 at 9).

**DONE** and **ORDERED** this 17th day of August, 2017.

                                            **VIRGINIA EMERSON HOPKINS**
                                            United States District Judge